**Order entered May 6, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01532-CR

**FELIX HERNANDEZ CISNEROS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-60536-U**

## ORDER

The State's motion for extension of time to file brief is **GRANTED**.

/s/     DAVID L. BRIDGES
           JUSTICE